**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION
NO. 19-431-3 |
| CURSHAWN BANKS | |
| | |
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION
NO. 18-579-1 |
| CURSHAWN BANKS, | |

**<u>ORDER</u>**

**AND NOW**, this 4th day of March 2024, upon consideration of Curshawn

Banks's Motion for Reduction in Sentence and Appointment of Counsel (18-579-1: ECF

No. 533; 19-431-3: ECF No. 141) and the Government's Response (18-579-1: ECF No.

534; 19-431-3: ECF No. 142), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

**_/s/ Gerald J. Pappert_**
GERALD J. PAPPERT, J.